**Ronald Dale RICHARDSON,**
**Plaintiff–Appellant,**

v.

**NEW CENTURY MORTGAGE CORP.; Barry Hunt, Jr., doing business as United Mortgage Desoto and Equity Title & Escrow Company of Memphis LLC; Equity Title & Escrow Company of Memphis LLC, Defendants–Appellees.**

No. 05–60826.

United States Court of Appeals,
Fifth Circuit.

Oct. 19, 2006.

Billie Sean Akins, Fortier & Akins, Ripley, MS, for Plaintiff–Appellant.

George Dewey Hembree, III, McGlinchey Stafford, Jackson, MS, Brian L. Davis, Southaven, MS, Linda Jew Mathis, Golden & Mathis, Memphis, TX, for Defendants–Appellees.

Before JONES, Chief Judge, and SMITH and STEWART, Circuit Judges.

PER CURIAM: *

The court has considered appellant's position in light of the briefs and pertinent portions of the record. Appellant raises no significant arguments or factual or legal

issues that he did not raise in the district court. Having done so, we find no reversible error of fact or law and affirm for essentially the reasons stated in the comprehensive opinion of the district court.

**AFFIRMED.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.